United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-15278-elf
Jason Robert Siensa                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2            Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
```
db          +Jason Robert Siensa,    708 Johnston Street,    Philadelphia, PA 19148-5057
cr          +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr           ECMC,    P.O. Box 75906,    St. Paul, MN 55175
cr          +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
12571095    +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
12483936   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
             Wilmington, DE 19886-5102)
12481041    +Bank of America,    P.O. BOX 15019,    Attn: Bankruptcy Dept.,    Wilmington, DE 19886-5019
12486970    +E-Loan Inc.,    c/o SST, Inc.,    J Ward Halliday & Assoc,    501 Elm Street, ste400,
             Dallas, TX 75202-3392
12618859     ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12481043     EMC Mortgage,    P.O. BOX 619063,    Attn: Bankruptcy Dept.,    Dallas, TX 75261-9063
12481044    +HSBC Bank USA,    3476 Stateview Blvd.,    MAC #X7801-013,    Attn: Bankruptcy Dept.,
             Fort Mill, SC 29715-7203
12512708    +HSBC Bank USA, National Association, as Trustee f,    c/o Kimberly A. Bonner, Esq.,
             Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
             Mountainside, NJ 07092-2315
12513630     JPMorgan Chase Bank, N.A.,    c/o Beth L. Slaby, Esquire,    Grenen & Birsic, PC,
             One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
12513629    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, OH4-7302,    Columbus, OH 43219-6009
12481045    +Joel Ackerman, Esquire,    P.O. BOX 650,    Hershey, PA 17033-0650
12481046    +MICHAEL A. LATZES, ESQUIRE,    1528 Walnut St., Suite 700,    Philadelphia, PA 19102-3607
12502866    +PHH Mortgage Corporation,    c/o PHELAN HALLINAN & SCHMIEG, LLP,
             1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103-1823
12481047    +Phelan Hallinan & Schmieg,    1617 J.F.K. Blvd., Suite 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103-1823
12481050     Scott A. Dietterick, Esquire,    200 Sheffield Street, Suite 301,    P.O. BOX 1024,
             Mountainside, NJ 07092-0024
12481053    +Wells Fargo,    P.O. BOX 6412,    Attn: Bankruptcy Dept.,    Carol Stream, IL 60197-6412
12487304    +Wells Fargo Card Services,    c/o Recovery Department,    P.O. Box 9210,
             Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:14     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +Fax: 866-311-5818 Sep 17 2016 02:17:07     E-Loan Inc., c/o SST Inc.,    4315 Pickett Road,
             St. Joseph, MO 64503-1600
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:53     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr           E-mail/Text: bkdepartment@rtresolutions.com Sep 17 2016 02:08:30     Real Time Resolutions Inc.,
             1750 Regal Row Ste 120,    PO Box 36655,    Dallas, TX  75235
12487469    +E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Bank,
             DB Servicing Corporation,    POB 3025,    New Albany Ohio 43054-3025
12481042     E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Card,    P.O. BOX 15192,
             Attn: Bankruptcy Dept.,    Wilmington, DE 19850-5192
12485768    +Fax: 866-311-5818 Sep 17 2016 02:17:07     E-Loan Inc, c/o SST Inc.,    4315 Pickett Road,
             St. Joseph, Missouri 64503-1600
12487578    +Fax: 866-311-5818 Sep 17 2016 02:17:07     E-Loan, Inc.,
             c/o Systems & Services Technologies, Inc,    4315 Pickett Road,    Bankruptcy Department,
             St. Joseph, Missouri 64503-1600
12624340     E-mail/Text: bkdepartment@rtresolutions.com Sep 17 2016 02:08:30
             Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    PO Box 36655,
             Dallas Texas 75247
13074666     E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2016 02:04:38
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12481049     E-mail/PDF: pa_dc_claims@navient.com Sep 17 2016 02:03:22     Sallie Mae,    P.O. BOX 9500,
             Attn: Bankruptcy Dept.,    Wilkes Barre, PA 18773-9500
12574924    +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2016 02:04:37     Sallie Mae Pc Trust,
             c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
12515344    +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2016 02:04:38     Sallie Mae Trust,
             c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
12606262     E-mail/Text: bankruptcy@td.com Sep 17 2016 02:08:17     TD Banknorth, N.A.,
             Two Portland Square,    P.O. Box 9540,    Attn: Bankruptcy Dept.,    Portland, ME  04112-9540
12481052     E-mail/Text: bankruptcy@td.com Sep 17 2016 02:08:17     TD Bank,    P.O. BOX 9547,
             Attn: Bankruptcy Dept.,    Portland, ME 04112-9547
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 17

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
12481048       ##+PHH Mortgage,   2001 Bishops Gate Blvd.,   Attn: Bankruptcy Dept.,
                 Mount Laurel, NJ 08054-4604
12481051       ##Systems & Services Technology,   4315 Pickett Road,   P.O. BOX 790079,
                 Saint Louis, MO 63179-0079
                                                                                          TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    E-Loan, c/o Systems & Services Technologies, Inc.
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com;wprice@clarkhill.com
              BRIAN M. KILE    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    E-Loan, c/o Systems & Services Technologies, Inc.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2006-AP1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               amps@manleydeas.com
              MICHAEL A. LATZES    on behalf of Debtor Jason Robert Siensa efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Plaintiff Jason Robert Siensa efiling@mlatzes-law.com
              PETER J. MULCAHY    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jason Robert Siensa
    Debtor(s)

Bankruptcy No: 11−15278−elf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/16/16

95 − 94
Form 138_new