United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jason Robert Siensa
    Debtor

Case No. 11-15278-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 21, 2016
                     Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db          +Jason Robert Siensa,   708 Johnston Street,    Philadelphia, PA 19148-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:

         ANDREW   SPIVACK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
         ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
         ANN E. SWARTZ    on behalf of Creditor    E-Loan, c/o Systems & Services Technologies, Inc.
          ecfmail@mwc-law.com,  ecfmail@mwc-law.com
         BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
          aporter@clarkhill.com;wprice@clarkhill.com
         BRIAN M. KILE    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com
         D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    E-Loan, c/o Systems & Services Technologies, Inc.
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
          amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
          Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2006-AP1
          amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
         MICHAEL A. LATZES    on behalf of Plaintiff Jason Robert Siensa efiling@mlatzes-law.com
         MICHAEL A. LATZES    on behalf of Debtor Jason Robert Siensa efiling@mlatzes-law.com
         PETER J. MULCAHY    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
         PETER J. MULCAHY    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jason Robert Siensa : Case No. 11−15278−elf
      Debtor(s)

### ORDER
_____

    AND NOW, this day , October 21, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court