United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 11-15278-elf
Jason Robert Siensa                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Oct 21, 2016
                              Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db           +Jason Robert Siensa,    708 Johnston Street,    Philadelphia, PA 19148-5057
12618859      ECMC,    P.O. Box 16408,   St. Paul, MN 55116-0408
12512708     +HSBC Bank USA, National Association, as Trustee  f,    c/o Kimberly A. Bonner, Esq.,
               Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
               Mountainside, NJ 07092-2315
12481046     +MICHAEL A. LATZES, ESQUIRE,    1528 Walnut St., Suite 700,    Philadelphia, PA 19102-3607
12502866     +PHH Mortgage Corporation,    c/o PHELAN HALLINAN & SCHMIEG, LLP,
               1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103-1823
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:30     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 02:17:31
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2016 02:18:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12483936      EDI: BANKAMER2.COM Oct 22 2016 01:53:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
12487469     +EDI: DISCOVER.COM Oct 22 2016 01:53:00     Discover Bank,    DB Servicing Corporation,
               POB 3025,   New Albany Ohio 43054-3025
12487578     +Fax: 866-311-5818 Oct 22 2016 02:24:45     E-Loan, Inc.,
               c/o Systems & Services Technologies, Inc,    4315 Pickett Road,    Bankruptcy Department,
               St. Joseph, Missouri 64503-1600
12624340      E-mail/Text: bkdepartment@rtresolutions.com Oct 22 2016 02:18:14
               Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    PO Box 36655,
               Dallas Texas 75247
12574924     +EDI: NAVIENTFKASMSERV.COM Oct 22 2016 01:53:00     Sallie Mae Pc Trust,    c/o Sallie Mae Inc.,
               220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
12606262      EDI: TDBANKNORTH.COM Oct 22 2016 01:53:00     TD Banknorth, N.A.,    Two Portland Square,
               P.O. Box 9540,    Attn: Bankruptcy Dept.,    Portland, ME  04112-9540
12487304     +EDI: WFFC.COM Oct 22 2016 01:53:00     Wells Fargo Card Services,    c/o Recovery Department,
               P.O. Box 9210,   Des Moines, IA 50306-9210
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor   E-Loan, c/o Systems & Services Technologies, Inc.
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com;wprice@clarkhill.com
              BRIAN M. KILE    on behalf of Creditor   JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    E-Loan, c/o Systems & Services Technologies, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Oct 21, 2016
                              Form ID: 3180W           Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          KIMBERLY A. BONNER    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
           Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2006-AP1
           amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION
           amps@manleydeas.com
          MICHAEL A. LATZES    on behalf of Debtor Jason Robert Siensa efiling@mlatzes-law.com
          MICHAEL A. LATZES    on behalf of Plaintiff Jason Robert Siensa efiling@mlatzes-law.com
          PETER J. MULCAHY    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
          PETER J. MULCAHY    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 16
```

Case 11-15278-elf    Doc 100    Filed 10/23/16    Entered 10/24/16 01:04:26    Desc
Imaged Certificate of Notice    Page 2 of 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason Robert Siensa** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–6862** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **11–15278–elf** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Robert Siensa

10/20/16                                                                           **By the court:**     Eric L. Frank
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**